# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

April 27, 2006

**Before**

Hon. JOHN L. COFFEY, *Circuit Judge*

Hon. MICHAEL S. KANNE, *Circuit Judge*

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

No. 05-3311

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff-Appellee,* <br><br> v. <br><br> TIMOTHY REDD, <br> *Defendant-Appellant.* | Appeal from the United States District Court for the Northern District of Indiana, Fort Wayne Division <br><br> No. 03-CR-0053 <br><br> Theresa L. Springmann, <br> *Judge.* |

## O R D E R

The court, on its own motion, STRIKES the last full sentence on page 3 of its order of February 13, 2006, and replaces that sentence with the following:

As the district court held, without this evidence, there would be a "conceptual void in the story of the case as to why the Defendant was not arrested in his car on the night he purportedly assaulted the officer."